# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN ODELL LANGFORD,
Petitioner,

vs.

STEVEN GRIERSON,
Respondent.

No. 77008

**FILED**

NOV 1 5 2018

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION

This pro se petition for a writ of mandamus seeks an order directing the district court clerk to provide petitioner copies of documents at state expense. We decline to exercise our original jurisdiction at this time. Because petitioner should seek relief in a petition for a writ of mandamus filed in the district court in the first instance. Petitioner may then appeal to this court from any adverse decision of the district court. NRAP 3A(b)(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:  Justin Odell Langford
     Attorney General/Carson City
     Eighth District Court Clerk

18-904407